NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5090

GRAPEVINE IMPORTS, LTD., a Texas Limited Partnership,
and T-TEK, INC., a Texas Corporation, as a Tax Matters Partner,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-296, Judge Francis M. Allegra.

ON MOTION

ORDER

The United States moves for a 30-day extension of time, until May 25, 2010, to file its opening brief. Grapevine Imports, Ltd. et al. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted to file the appellant's opening brief.

FOR THE COURT

APR 07 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Howard R. Rubin, Esq.
    Joan I. Oppenheimer, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 07 2010

JAN HORBALY
CLERK